The Louisville, New Albany.and Chicago Railway. Company v. Hall.

No. 11,066.

THE LOUISVILLE, NEW ALBANY AND CHICAGO RAILWAY
COMPANY v. HALL.

PLEADING.—*Complaint.—Demurrer.*—A complaint against a railroad com-
pany for killing stock, otherwise sufficient, is not bad for failing to aver.
that the road could have been fenced at the point where the stock en-
tered upon it.

From the Putnam Circuit Court.

*A. D. Thomas*, for appellant.

*L. J. Coppage*, for appellee.

HAMMOND, J.—Action by the appellee against the appel-
lant to recover damages for killing appellee's horse by the
appellant's locomotive and cars. The venue on the appel-
lant's motion was changed from the Montgomery Circuit
Court to the court below. The trial resulted in a finding
and judgment for the appellee. The overruling of the ap-
pellant's demurrer to the appellee's complaint is the only rul-
ing complained of.

The complaint charged that-the railroad was not fenced at
the place where the animal entered upon the track and was
killed. This was sufficient. *Detroit, etc., R. R. Co.* v. *Blod-
gett*, 61 Ind. 315; *Terre Haute, etc., R. R. Co.* v. *Penn*, 90
Ind. 284. If the railroad could not properly have been
fenced at the place in question, that was a matter of defence.
It was not necessary for the complaint to allege that it could
have been fenced at such place. *Fort Wayne, etc., R. R. Co.*
v. *Mussetter*, 48 Ind. 286; *Jeffersonville, etc., R. R. Co.* v.
*Lyon*, 55 Ind. 477; *Jeffersonville, etc., R. R. Co.* v. *Lyon*, 72
Ind. 107; *Terre Haute, etc., R. R. Co.* v. *Penn, supra.*

The demurrer to the complaint was properly overruled.

Affirmed, at appellant's costs.

Filed Feb. 19, 1884.